| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Ralph A. Ronda, Gladys M. Ronda<br>618 N. Glendora Ave., # 3<br>Covina, Ca 91724<br>TELEPHONE NO.: (626) 859-3058  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): res212c1@msn.com<br>ATTORNEY FOR (Name): Petitioners in Pro Per | FILED<br>2015 FEB 26 AM 10: 47<br>CLERK US DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 255 East Temple Street<br>MAILING ADDRESS: 255 East Temple Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012-3332<br>BRANCH NAME: Edward R.Roybal Federal Building US Courthouse | | |
| PLAINTIFF/PETITIONER: Ralph A. Ronda, Gladys M. Ronda<br>DEFENDANT/RESPONDENT: Wells Fargo Bank | | CASE NUMBER:<br>LACV15-0948 PSG(JEMx) |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* SEE ATTACHMENT - POS-020(D)

3. a. Party served *(specify name of party as shown on documents served):*
   Wells Fargo Bank

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Courtney App (Asst Branch Manager)

4. Address where the party was served:
   1006 East Palmdale Blvd. Palmdale, CA 93550

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 2-11-2015   (2) at *(time):* 12:45 pm
   b. [ ] **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Ralph A. Ronda, Gladys M. Ronda | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Wells Fargo Bank | LACV15-0948 PSG(JEMx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: Wells Fargo Bank
    under the following Code of Civil Procedure section:
    ☑ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
  a. Name: Mike Bushaw
  b. Address: 38457 Glenbush Avenue. Palmdale, CA 93550
  c. Telephone number: (661) 236-7861
  d. **The fee** for service was: $ 55.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☑ owner  ☐ employee  ☐ independent contractor.
      (ii) Registration No.: 2012109018
      (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 2-13-2015

Mike Bushaw            ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

| SHORT TITLE: R. A. Ronda, G. M. Ronda vs. Wells Fargo Bank | CASE NUMBER: LACV15-0948 PSG (JEMx) |
|---|---|

POS-020(D)

# ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL (DOCUMENTS SERVED)

*(This Attachment is for use with form POS-020)*

**The documents that were personally served are as follows** *(describe each document specifically)*:

Certificate and Notice of Interested Parties (Local Rule 7.1-1)

Verified Petition for Temporary Injuction

Declaration in Support of Injuction

Form Approved for Optional Use
Judicial Council of California
POS-020(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL**
(Documents Served)

Page 1 of 1