SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
JARLATH M. CURRAN, II (State Bar No. 239352)
jmc@severson.com
JEREMY T. KATZ (State Bar No. 267361)
jtk@severson.com
SEVERSON & WERSON, A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone:  (949) 442-7110; Facsimile:  (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone:  (415) 398-3344; Facsimile:  (415) 956-0439

Attorneys for Respondent
WELLS FARGO BANK, N.A.
(erroneously sued as Wells Fargo Bank)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RALPH A. RONDA & GLADYS M. RONDA,<br><br>Petitioners,<br><br>v.<br><br>WELLS FARGO BANK,<br><br>Respondent. | Case No. 2:15-cv-00948 PSG (JEMx)<br>Hon. Philip S. Gutierrez<br>Ctrm. 880 – Roybal<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONDENT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PETITIONERS' VERIFIED PETITION FOR TEMPORARY INJUNCTION AND OPPOSITION TO PETITION FOR TEMPORARY INJUNCTION**<br><br>[*Filed concurrently with Motion to Dismiss Petition, Opposition to Petition, and (Proposed) Order*]<br><br>Date:     April 13, 2015<br>Time:     1:30 pm<br>Ctrm.:    880 - Roybal<br><br>Action Filed:   February 10, 2015<br>Trial Date:     None Set |

Pursuant to Federal Rule of Evidence Rule 201(b)(2) and (d), Respondent WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo Bank) respectfully requests that the Court take judicial notice of the following documents in support of its Motion to Dismiss Petitioners' Verified Petition for Temporary Injunction pursuant to Federal Rule of Civil Procedure 12(b)(6), and in support of Respondent's Opposition to Petitioners' Petition for Temporary Injunction.

1. Deed of Trust dated September 24, 2008, and recorded in the Official Records of the Los Angeles County Recorder's Office on August 26, 2008, as Instrument Number 20081733114. A true and correct copy of the Deed of Trust is attached hereto as Exhibit 1.

2. Notice of Default and Election to Sell Under Deed of Trust dated April 23, 2012, and recorded in the Official Records of the Los Angeles County Recorder's Office on April 25, 2012, as Instrument Number 20120611269. A true and correct copy of the Notice of Default and Election to Sell Under Deed of Trust is attached hereto as Exhibit 2.

3. Bankruptcy Court Docket as of February 19, 2015, in the United States Bankruptcy Court, Central District of California Case Number 2:12-bk-48681-RN, entitled *In re: Gladys D. Ronda*. A true and correct copy of the Bankruptcy Court Docket is attached hereto as Exhibit 3.

4. Voluntary Chapter 7 Petition and Schedules filed November 20, 2012, in the United States Bankruptcy Court, Central District of California Case Number 2:12-bk-48681-RN, entitled *In re: Gladys D. Ronda*. A true and correct copy of the Voluntary Chapter 7 Petition and Schedules is attached hereto as Exhibit 4.

/ / /

/ / /

/ / /

/ / /

/ / /

1   5. Discharge of Debtor filed February 25, 2013, in the United States
2   Bankruptcy Court, Central District of California Case Number 2:12-bk-48681-RN,
3   Entitled, *In re: Gladys D. Ronda*. A true and correct copy of the Discharge of
4   Debtor is attached hereto as Exhibit 5.

6   DATED:  March 4, 2015          SEVERSON & WERSON
                                   A Professional Corporation

                                   By:     */s/ Jeremy T. Katz*
                                       SUZANNE M. HANKINS
                                       JARLATH M. CURRAN, II
                                       JEREMY T. KATZ
                                       Attorneys for Defendant
                                       WELLS FARGO BANK, N.A.

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On March 4, 2015, I served true copies of the following document(s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONDENT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PETITIONERS' VERIFIED PETITION FOR TEMPORARY INJUNCTION AND OPPOSITION TO PETITION FOR TEMPORARY INJUNCTION**

on the interested parties in this action as follows:

| | |
|---|---|
| Ralph A. Ronda | Plaintiffs, In Pro Per |
| Gladys M. Ronda | |
| 618 N. Glendora Ave., #3 | Telephone: (626) 859-3058 |
| Covina. CA 91724 | res212c1@msn.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 4, 2015, at Irvine, California.

_____
Sabrina Gridley