UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge   Philip S. Gutierrez

From: Andres                                  , Deputy Clerk   Date Received: 04/08/2015

Case No.: 2:15-cv-00948-PSG-JEM    Case Title: Ralph Ronda et al v. Wells Fargo Bank

Document Entitled: Opposition to Motion to Dismiss

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Case closed on 4/6/15. |

FILED
CLERK, U.S. DISTRICT COURT
APR 13 2015
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐  The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                        U.S. District Judge / U.S. Magistrate Judge

☑  The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

4/13/15                     [signature]
_____    _____
Date                        U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)            NOTICE OF DOCUMENT DISCREPANCIES

RALPH A. RONDA
GLADYS M. RONDA
C/O 618 Glendora Ave #3
Covina, CA 91724
(626)859-3058
Res212c1@msn.com

Petitioner in Pro Per

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RALPH A.RONDA &GLADYS M.RONDA<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK<br><br>RESPONDENT | Case No:**lacv15-0948** PSG (JEMx)<br>**OPPOSITION TO MOTION TO DISMISS PETITION FOR TEMPORARY INJUNCTION** |



### INTRODUCTION TO THE MOTION

On February 10th 2015, a Petition for a "Temporary Injunction" was filed by the "Plaintiff" Ralph A. Ronda at the "**UNITED STATES DISTRICT COURT OF CALIFORNIA_WESTERN DIVISION**" against "**WELLS FARGO BANK**". I was later contacted by phone by a gentlemen named "Jeremy Katz", who identified himself as the attorney representing Wells Fargo Bank. He wanted to set a time to meet up with me and I told him I would have to think about it; I subsequently sent him an e-mail letting him know that it would be in my family's best interest not to and proceed directly to court. Shortly after I received an opposition to dismiss my "Temporary Injunction "package from Mr. Katz.

It is to "The Motion to dismiss" that I will reply to at this time and the points brought up by the Motion.

**RESPONSE TO INTRODUCTION ON MOTION TO DISMISS**

**RESPONSE TO "POINT ONE":**

On page 1, line 11, of the "**INTRODUCTION**" to the Motion to Dismiss Document, the attorney states that my "…lawsuit is to avoid foreclosure." I would like to respond to say that my primary purpose is in the nature of "**DISCOVERY**", and I am seeking the court's assistance in getting answers to the **"Qualified Written Report"** that I sent to **"Wells Fargo Bank"**, asking **them for information which was never sent.**

"On line 12 – 18 of the introduction page, the attorney lists 3 points and it is to these 3 points that I will reply:

1. **Wells Fargo Bank** has no standing to foreclose because of "**Nonresponse and Silence**" on their behalf for not replying to "**QWR and Writ in the Nature of Discovery**" that was sent to them along with other documents in the initial Package that I filed with the court on February 10th 2015;
2. **Wells Fargo Failed to respond to a "Qualified Written Request" in violation of the RESPA 12 USC.**

**RESPONSE TO "POINT TWO":**

1) Wells Fargo has no standing because of their failure to respond to request for specific information given to them in a form of a "Writ in the Nature of Discovery" as well as a qualified written request under Exhibit A, Page 7-1

through 7-22 in "TRO" PACKAGE.

2) Wells Fargo has failed to respond to "QWR" according to "TRO" package filed February 10th 2015, LACV-0948 PSG (JEMx) EXHIBIT A, Pages 7-1 through 7-22, RESPA USC 2605 E (1) (B) states:

"Any written document (such as a typed letter or a hand-written note) will suffice as a "Qualified Written Request", although the request may not be on the payment coupon or other payment media supplied by the servicer to be considered a "QWR". The letter must be sent to the loan servicer ("WELLS FARGO") not to any party related to the loan, and should identify itself as a "Qualified Written Request" under Section 6."

Their "Silence and Non-Response" forced this "TRO" to be filed.

They have also violated "RESPA 12 CFR 1024.38 A, B, and C", which states:
  A. "Provide accurate and timely disclosures to the borrower";
  B. "Investigate, respond to, and make corrections in response to borrower's complaints; and,
  C. "Provide a borrower with accurate and timely information and documents in response to the borrower's request for information with respect to the borrower's mortgage loan.

## RESPONSE TO MOTION AND MOTION TO DISMISS

"The attorneys for the respondent is filing a motion to dismiss based on (FRCP) 12(b)(6) that the PETITIONER fails to state a claim for which relief can be Granted".

In my petition under " **1.JURISIDITICON ALLEGATIONS PAGE 4 III REQUEST FOR RELIEF** "leading into page 5 starting on line 1-15 there are

[Pleading title summary] - 3

Request made of the court of the following;

**Line 6 –15 Cancellation of documents of record and providing judgment for Damages and refunds and granting such other and further relief as the Circumstances may warrant, and in their attempt [pt to confiscate "what they Don't own "together with the violations for actual and compensatory damages Statutory damages, punitive damages, treble damages, restitution ,including The voiding of security interest, the clearing and quieting title to the property And an injunction against filing foreclosure complaints present and future, Into perpetuity, to return the "Note" and mortgage or the equivalent" VALUE "and such other and further relief as the Court may deem reasonable And just under the circumstances.**

There is a claim and value mentioned within the nature of relief based upon the Courts decision and tender is mentioned in relation to the "NOTE" (PROMISSORRY NOTE WHICH IS TENDER AND ITS VALUE) In my "QUALIFIED WRITTEN REQUEST" the Bank never proved ownership of Mortgage Note due to information I asked for.

Wells Fargo v Reyes, 867 N.Y.S.2d 21(2008)

Wells Fargo, Litton, Loan v Farmer,867 N.Y.S. 2d 21 (2008)

U.S v. Tweel, 550 F 2d 297(1977) "silence can only be equated with fraud where There is a legal or moral duty to speak or when an inquiry left unanswered would Be intentionally misleading"

**IN RESPONSE OF BANKURPCY ALLEGATION- I DON'T KNOW**

**Dated: April 8, 2015              RALPH A.RONDA/ IN PRO PER**

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the City of LOS ANGELES, STATE OF CALIFORNIA. My business address is 111 N. Hope St, Los Angeles Ca 90012

On April 8, 2015 I served true copies of the following documents(s):

**PLANTIFF NOTICE OF MOTION AND OPPOSITION TO MOTION TO DISMISS TEMPORARY INJUNCTION**

on the interested parties in this action as follows:

SEVERSON & WERSON
c/o JEREMY KATZ
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110 : Facsimile: (949) 442-7118

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package Addressed to the person at the address listed in the Service List and placed the envelope for collection and mailing, following ordinary business practices. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2015, at Los Angeles, California.

_____
Juan Rivas